FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 07 2019

JAMES W. McCORMACK, CLERK
By: _____ CLERK
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00637 BSM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 201(b)(2)(C) |
| NATHAN CHARLES WOOD KOEN | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

From in or about September 2016, through in or about November 2018, in the Eastern District of Arkansas and elsewhere, the defendant,

NATHAN CHARLES WOOD KOEN,

voluntarily and intentionally conspired with persons known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 3, 2018, in the Eastern District of Arkansas and elsewhere, the defendant,

NATHAN CHARLES WOOD KOEN,

a public official, that is, a Special Agent for the United States Drug Enforcement Administration, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, that is, a cash payment from F.B., in return for being induced to do an act and omit to do an act in violation of his official duty, that is: provide law enforcement sensitive information to F.B. in order to protect and facilitate F.B.'s drug-trafficking organization.

All in violation of Title 18, United States Code, Section 201(b)(2)(C).

[End of Text.  Signature page attached.]