IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00637 BSM |
| | ) | |
| NATHAN CHARLES WOOD KOEN | ) | |

**MOTION TO CONTINUE**

The defendant moves this Court to enter an order continuing the trial of this matter.

1. Koen is charged with conspiracy to possess with intent to distribute various controlled substances in violation of 21 U.S.C. §846 and receiving bribes in violation of 18 U.S.C. §201.

2. A jury trial is set to begin March 30, 2020.

3. Title 18, United States Code, section 3161(h)(8)(B) controls the decision of whether or not to grant a continuance. The factors the court may consider include 1) whether the failure to grant a continuance would result in a miscarriage of justice; 2) whether the case presents unusual or complex circumstances that it would be unreasonable to expect adequate preparation in the time originally allotted; and, 3) in a case that is not unusual or complex, whether the failure to grant a continuance would unreasonably deny the defendant continuity of counsel or a reasonable time for effective preparation, taking into account the exercise of due diligence.

4. A continuance is necessary. The case involves a former DEA agent who, the indictment alleges, accepted bribes from an informant and participated in an underlying conspiracy with the informant and others who were distributing methamphetamine. The government has produced approximately 5.5 GB of discovery, and there is additional discovery

1

to review at the U.S. Attorneys Office. Taking into consideration the amount of discovery and the need for adequate time to investigate, a continuance is necessary.

5.      I have contacted the Assistant United States Attorney assigned to this case who has authorized me to state that she has no objection to this request.

6.      Koen asserts that a continuance best serves the ends of justice. This interest, Koen contends, outweighs his and the public's interests in a speedy trial.

WHEREFORE, the defendant, Nathan Charles Wood Koen, requests that the court grant a continuance of the trial in this matter.

Respectfully submitted by,

Annie Depper
Arkansas Bar No. 2009267
Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 975-7144 (direct dial)
adepper@fc-lawyers.com

J. Blake Hendrix
Arkansas Bar No. 86066
Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 975-7123 (direct dial)
bhendrix@fc-lawyers.com