IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No. 4:19CR00637 BSM |
| | ) | |
| **NATHAN CHARLES WOOD KOEN** | ) | |

## MOTION TO CONTINUE

The defendant moves this Court to enter an order continuing the trial of this matter.

1. Koen is charged with conspiracy to possess with intent to distribute various controlled substances in violation of 21 U.S.C. §846 and receiving bribes in violation of 18 U.S.C. §201.

2. A jury trial is set to begin October 13, 2020.

3. Title 18, United States Code, section 3161(h)(8)(B) controls the decision of whether or not to grant a continuance. The factors the court may consider include 1) whether the failure to grant a continuance would result in a miscarriage of justice; 2) whether the case presents unusual or complex circumstances that it would be unreasonable to expect adequate preparation in the time originally allotted; and, 3) in a case that is not unusual or complex, whether the failure to grant a continuance would unreasonably deny the defendant continuity of counsel or a reasonable time for effective preparation, taking into account the exercise of due diligence.

4. A continuance is necessary. This trial is expected to last two weeks, and undersigned counsel is scheduled to appear before the Department of Justice Capital Review Committee on October 19, 2020, in *United States v. Donald Bill Smith*, 4:19CR514 DPM, a capital murder case. At that meeting, the Capital Review Committee will hear argument on the issue of death penalty authorization. The Capital Review Committee set the October 19, 2020 meeting in May of this year, prior to the re-scheduling of the jury trial in the instant case.

5. Taking into consideration undersigned counsel's appearance before the Capital Review Committee on October 19, 2020, a continuance is necessary.

6. Undersigned counsel contacted the Assistant United States Attorney assigned to this case, and is authorized to state the Assistant United States attorney has no objection to a continuance.

7. Koen asserts that a continuance best serves the ends of justice. This interest, Koen contends, outweighs his and the public's interests in a speedy trial.

WHEREFORE, the defendant, Nathan Charles Wood Koen, requests that the court grant a continuance of the trial in this matter.

Respectfully submitted by,

Annie Depper
Arkansas Bar No. 2009267
Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 975-7144 (direct dial)
adepper@fc-lawyers.com

J. Blake Hendrix
Arkansas Bar No. 86066
Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 975-7123 (direct dial)
bhendrix@fc-lawyers.com