UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00637 BSM |
| v. | ) ) ) | Title 18, U.S.C. § 201(b)(2)(C) |
| NATHAN CHARLES WOOD KOEN | ) | |

*U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS*
**FILED**
AUG 18 2021
IN OPEN COURT
TAMMY H. DOWNS
By: _____ DEPUTY CLERK

## SUPERSEDING INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about December 3, 2018, in the Eastern District of Arkansas and elsewhere, the defendant,

NATHAN CHARLES WOOD KOEN,

a public official, that is, a Special Agent and Group Supervisor for the United States Drug Enforcement Administration, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, that is, a cash payment from F.B., in return for being induced to do an act and omit to do an act in violation of his official duty, that is: provide law enforcement sensitive information to F.B, a known drug trafficker.

All in violation of Title 18, United States Code, Section 201(b)(2)(C).

Respectfully Submitted,

JONATHAN D. ROSS
Acting United States Attorney

*[signature]*
By: BENECIA B. MOORE (2006050)
CHRIS GIVENS (2009194)
Assistant United States Attorneys
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Benecia.Moore@usdoj.gov
Chris.Givens@usdoj.gov