IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:19CR00637 BSM |
| ) | |
| NATHAN CHARLES WOOD KOEN ) | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Through his attorneys, J. Blake Hendrix and Annie Depper of Fuqua Campbell, P.A., Koen moves, without objection, to remove the location monitoring condition of release.

1. On November 4, 2019, Koen was released on conditions that included he submit to location monitoring and to pay for all or part of the program. *See. R. Doc. 11, p. 2*. Koen has adhered to all conditions of his release.

2. Title 18, United States Code, section 3142 allows a court to amend the conditions of a defendant's release at any time. *See 18 U.S.C. §3143(c)(3)* ("The judicial officer may at any time amend the order to impose additional or different conditions of release."). Koen has adhered to all the conditions of his release and submits that location monitoring is no longer necessary.

3. The government does not object.

For these reasons, Koen moves to amend the conditions of his release to remove the location monitoring condition.

Respectfully submitted by,

J. Blake Hendrix
Arkansas Bar No. 86066
Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 975-7123 (direct dial)
bhendrix@fc-lawyers.com

Annie Depper
Arkansas Bar No. 2009267
Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 975-7144 (direct dial)
adepper@fc-lawyers.com