## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America                                                                                   **Plaintiff**

v.                                          Case No.: 4:19–cr–00637–BSM

Nathan Charles Wood Koen                                                                         **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for April 6, 2022, at 10:00 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 6, 2022                               AT THE DIRECTION OF THE COURT
                                                                              TAMMY H. DOWNS, CLERK

                                                                              By:  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas