## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **United States of America** | | **Plaintiff** |
| **v.** | Case No.: 4:19–cr–00637–BSM | |
| **Nathan Charles Wood Koen** | | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for May 11, 2022, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 6, 2022              AT THE DIRECTION OF THE COURT
                                                                              TAMMY H. DOWNS, CLERK

                                                                              **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas