IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

v.                              CASE NO. 4:19-CR-00637-BSM

**NATHAN KOEN**                                                                                **DEFENDANT**

## ORDER

Nathan Koen's pro se motion to appoint counsel and for a sentence reduction [Doc. No. 64] is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam). Additionally, Koen's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2). . . ." Doc. No. 36 at 3. Because Koen knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 1st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE